UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Christopher Brodeur,

    Plaintiff,

    - against –

The City of New York,

    Defendant.

04 CV 1859 (JG)(RML)

Declaration of
Michael G. O'Neill

    Michael G. O'Neill, an attorney at law duly admitted to practice before the Courts of the State of New York, affirms under penalty of perjury as follows:

    1.    I am the attorney for the plaintiff and I have knowledge of the facts set forth herein. I submit this affirmation in opposition to defendants' motion for summary judgment.

    2.    Annexed hereto as Exhibit A is the complaint in the class action *Tyson v. The City of New York et al.* that was filed with the Southern District of New York in May of 1997.

    3.    Annexed hereto as Exhibit B is the Stipulation of Settlement in the *Tyson* class action, dated December of 2000, which was filed with the Southern District of New York.

    4.    Annexed hereto as Exhibit C is the Docket Report of the *Tyson* class action printed from the Southern District of New York's online Pacer website.

Dated: New York, New York
March 18, 2005

*[signature]*

Michael G. O'Neill
Attorney for Plaintiff
30 Vesey Street, Suite 301
New York, New York 10007
(212) 581-0990