UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHRISTOPHER BRODEUR,

                Plaintiff,

-against-

THE CITY OF NEW YORK,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
04-CV-1859 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 20 2005 ★
BROOKLYN OFFICE

      A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on May 13, 2005, granting the defendant's motion to dismiss; and dismissing the action; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the defendant's motion to dismiss is granted; and that the action is dismissed.

Dated: Brooklyn, New York
       May 18, 2005

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court